IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 20 C 3474 |
| v. | ) ) ) | Judge Kendall |
| MILLENNIUM CONTRACTING CO., an Illinois Corporation, | ) ) ) ) | |
| Defendant. | ) | |

**AGREED STIPULATION TO DISMISS**

NOW COME Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and Laborers' District Council Retiree Health and Welfare Fund, and Catherine Wenskus, Administrator of the Funds (hereinafter collectively "Funds"), by and through their attorney, Amy Carollo, and Defendant Millennium Contracting Co., by and through its attorney, Richard Velázquez of Daley & Georges, Ltd., and hereby submit the Parties' Agreed Stipulation to Dismiss.

In support of this Stipulation, the Parties state as follows: the Parties have reached settlement pursuant to the terms of a Settlement Agreement. The Parties respectfully request that this matter be dismissed with prejudice.

Respectfully submitted,

August 28, 2020                     Laborers' Pension Fund, et al.

By: /s/ Amy Carollo

Office of Fund Counsel
111 West Jackson Boulevard
Suite 1415
Chicago, IL 60604
(312) 692-0354

August 28, 2020                     Daley & Georges, Ltd.

By: /s/ Richard Velázquez

Daley & Georges, Ltd.
20 S. Clark St.
Suite 400
Chicago, IL 60603
312-726-8797

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that she caused copies of the foregoing Agreed Stipulation to Dismiss to be served upon the following person via the Court's electronic notification system this 28th day of August, 2020.

Richard Velázquez
Daley & Georges, Ltd.
20 S. Clark St.
Suite 400
Chicago, IL 60603

By: /s/ Amy Carollo